WD, be stayed pending disposition of the appeal in this Court. In the event the judgment is affirmed, this order is to terminate automatically. If the judgment is vacated or reversed, this stay is to remain in effect pending the sending down of the judgment of this Court.

MARCH 30, 1992

No. 91–1288. KINDIG ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. D. C. Cir. Certiorari dismissed as to petitioner Valentine under this Court's Rule 46.

No. — – —. CUEVAS *v.* UNITED STATES; and

No. — – —. HALAS *v.* QUIGG. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–642. PANDEY *v.* UNITED STATES. Application for release, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–670 (91–1494). GUNTER ET AL. *v.* ABDULLAH. C. A. 8th Cir. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–689. AYARS ET UX. *v.* NEW JERSEY. Application for bail, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–1065. IN RE DISBARMENT OF SOLOWITCH. Eric Steven Solowitch, of University Heights, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 13, 1992 [502 U. S. 1026], is hereby discharged.

No. D–1071. IN RE DISBARMENT OF WILEY. Disbarment entered. [For earlier order herein, see 502 U. S. 1054.]

No. D–1072. IN RE DISBARMENT OF TRUDGEON. Disbarment entered. [For earlier order herein, see 502 U. S. 1054.]

No. D–1073. IN RE DISBARMENT OF ZADAN. Disbarment entered. [For earlier order herein, see 502 U. S. 1054.]